IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01387-CMA-MEH

TRANSWEST TRAILERS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

CLEMENT INDUSTRIES, INC., a Louisiana corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 13, 2009.**

    Defendant Clement Industries, Inc.'s Unopposed Motion for Leave to Amend Answer and Separate Defenses and to File Counterclaim [filed October 9, 2009; docket #21] is **granted**. The Clerk of Court is directed to enter the Amended Answer, Separate Defenses, and Counterclaim located at Docket #21-2.