IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01387-CMA-MEH

TRANSWEST TRAILERS, LLC, a Colorado limited liability company,

     Plaintiff,

v.

CLEMENT INDUSTRIES, INC., a Louisiana corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 21, 2009.**

     The Joint Motion for Entry of Stipulated Protective Order [filed December 17, 2009; docket #32] is **granted** as modified. The modified Stipulated Protective Order is filed contemporaneously with this minute order.