IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01387-CMA-MEH

TRANSWEST TRAILERS, LLC, a Colorado limited liability company,

     Plaintiff,

v.

CLEMENT INDUSTRIES, INC., a Louisiana corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 29, 2010.**

     The Joint Motion to Stay All Deadlines [filed March 19, 2010; docket #49] is **granted**. Pursuant to the parties' representations of settlement in this matter, the Court directs the parties to file dismissal papers on or before **April 19, 2010**. In the alternative of filing dismissal papers, the parties shall file a joint status report regarding the pending settlement.