IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01387-CMA-MEH

TRANSWEST TRAILERS, LLC, a Colorado limited liability company,

      Plaintiff,

v.

CLEMENT INDUSTRIES, INC., a Louisiana corporation,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 20, 2010.**

      In light of the parties' representations in the Status Report [filed April 19, 2010; docket #52], the pending Motion to Compel [filed February 26, 2010; docket #47] is **denied as moot**. The parties shall file dismissal papers on or before **May 4, 2010**.