**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01387-CMA-MEH

TRANSWEST TRAILERS, LLC, a Colorado limited liability company,

 Plaintiff,

v.

CLEMENT INDUSTRIES, INC., a Louisiana corporation,

 Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

 This matter is before the Court on the parties' Stipulation of Dismissal (Doc. # 54). The Court having considered the Stipulation of Dismissal, hereby

 ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay its own costs, expenses, and attorneys' fees.

 DATED: May __04__, 2010

          BY THE COURT:

          _____
          CHRISTINE M. ARGUELLO
          United States District Court Judge